Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES DIVOTA, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants. Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK DEVORAK, Claimant, for Compensation under the Workmen's Compensation Law, Respondent, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants. Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK CHARVAT for Compensation under the Workmen's Compensation Law, Respondent, v. GEORGE G. WILSON COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award in each case unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LENA GARLAPOW, Respondent, on Account of Claimant CHARLES GARLAPOW, Deceased, v. ZUCKMAIER BROTHERS, Employer, and the COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award and orders unanimously affirmed.

In the Matter of the Adoption of a Resolution Requiring the Payment into the State Fund of the Present Value of Death Benefits Pursuant to the Provisions of Section 27 of the Workmen's Compensation Law, as Amended by Chapter 705 of the Laws of 1917.— Question certified answered in the affirmative. All concurred, except Lyon and Sewell, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim under the Workmen's Compensation Law, Made by LENA LONDON, Respondent, for Compensation to Herself, v. CASINO WAIST COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.

In the Matter of the Petition of DAVID A. THOMPSON, as Executor, etc., Respondent, for the Probate of the Last Will and Testament, and Codicil Thereto, of JESSE W. POTTS, Deceased, etc. JULIA MAUD DE FOREST and Others, Appellants; ST. PETER'S CHURCH IN THE CITY OF ALBANY and Others, Respondents.— Decree and order of the Surrogate's Court unanimously affirmed, with costs.

ALICE MACCAULEY, as Administratrix, etc., of WILLIAM MACCAULEY, Deceased, Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. .

In the Matter of the Application of WILLIAM HICKEY, Respondent, for a Writ of Certiorari to the Commissioner of Excise of the State of New York and the County Treasurer of the County of Columbia. HERBERT S. SISSON, as State Commissioner of Excise, and JOHN CONNOR, as County Treasurer of Columbia County, Appellants.— Order reversed, with costs, and motion denied, with ten dollars costs, on the authority of *People ex rel. Gstalter* v. *Sisson* (179 App. Div. 610). All concurred, except Kellogg, P. J., dissenting.

In the Matter of the Application of ALFRED SNYDER, of the Town of Kinderhook, Respondent, for a Writ of Certiorari to the Commissioner